```
                                    FILED
                                  JUN 26 2008
                          CLERK, U.S. DISTRICT COURT
                        SOUTHERN DISTRICT OF CALIFORNIA
                        BY    EF              DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2117-BEN |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine; |
| JESUS ALBERTO FELIX-LOPEZ (1), CARMEN GARCIA (2), | ) | Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Felony) |
| Defendants. | ) | |

The United States Attorney charges:

On or about May 30, 2008, within the Southern District of California, defendants JESUS ALBERTO FELIX-LOPEZ and CARMEN GARCIA, did knowingly and intentionally import 5 kilograms or more, to wit: approximately 39.62 kilograms (87.16 pounds), of Cocaine, Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952, 960 and Title 18, United States Code, Section 2.

DATED: June 26, 2008.

KAREN P. HEWITT
United States Attorney

CHARLOTTE E. KAISER
Assistant U.S. Attorney

CEK:jam:Imperial
6/26/08