AO 455(Rev. 5/85) Waiver of Indictment

**FILED**

JUN 2 6 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JESUS ALBERTO FELIX-LOPEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: _08CR2117-BEN_

I, JESUS ALBERTO FELIX-LOPEZ , the above named defendant, who is accused of

committing the following offense:

Importation of Cocaine and Aiding and Abetting, in violation of Title 21, United
States Code, Sections 952 and 960 and Title 18, United States Code, Section 2
(Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on _6-26-08_____ prosecution by indictment and consent that the

proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER